

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00335-CR

Richard **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 552274
Honorable Jason Roland Garrahan, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 16, 2019.

_____
Irene Rios, Justice